UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRI'ANA WILLIAMS,

    Plaintiff,

v.

NATIONWIDE CHILDREN'S
HOSPITAL,

    Defendant.

Civil Action 2:22-cv-3518
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay the Case (ECF No. 17). For good cause shown, the parties' Motion is **GRANTED**. This case is **STAYED** through **AUGUST 18, 2023**. The parties are further **ORDERED** to file a joint written report on the status of the parties' settlement negotiations, and providing a joint proposed case schedule if a settlement has not been reached, on or before **AUGUST 18, 2023**.

    IT IS SO ORDERED.

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE