UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEPHANIE COSGROVE, *on behalf of herself and others similarly situated*,

        Plaintiff,

    v.

NATIONWIDE CHILDREN'S HOSPITAL,

        Defendant.

Civil Action 2:22-cv-3518
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff's Application to Clerk of Court for Entry of Default (ECF No. 79), as well as Defendant's Answer to Plaintiff's Third Amended Complaint (ECF No. 80), Defendant's Response in Opposition to Plaintiff's Application for Default (ECF No. 81), and Plaintiff's Reply to Defendant's Response in Opposition (ECF No. 82). The Court construes Defendant's Response in Opposition as a motion for extension of time to file its Answer. Having reviewed the parties' submissions, the Court can discern no prejudice to Plaintiff should the Answer be filed at this time, and the Court further prefers to decide cases on their merits, *see Thacker v. City of Columbus*, 328 F.3d 244, 252 (6th Cir. 2003). Defendant's motion for extension of time (ECF No. 81) is therefore **GRANTED**. Accordingly, as Defendant's Answer to Plaintiff's Third Amended Complaint is deemed to have been timely filed, Plaintiff's Application to Clerk of Court for Entry of Default (ECF No. 79) is **DENIED**.

    IT IS SO ORDERED.

                      /s/ *Chelsey M. Vascura*
                      CHELSEY M. VASCURA
                      UNITED STATES MAGISTRATE JUDGE